IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Amelia Anne Green Major, ) | |
| ) | C/A No.: 3:99-3989-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Commissioner of Social Security, ) | **O R D E R** |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Amelia Anne Green Major, proceeding pro se, brought an action on December 20, 1999, seeking reinstatement of social security benefits. On May 11, 2000, Defendant Commissioner of Social Security filed a motion to dismiss, asserting that Plaintiff had failed to exhaust her administrative remedies, and that there had been no "final decision" of the Commissioner as required by Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). On February 9, 2001, the court granted the Commissioner's motion to dismiss to allow Plaintiff to exhaust her administrative remedies.

This matter now is before the court on Plaintiff's motion to reopen her case, which motion was filed on June 25, 2019. Plaintiff appears to assert that she is still owed past due social security benefits, and possibly that the failure to receive benefits contributed to the foreclosure of her house in 1999.

At the time of the court's order granting the motion to dismiss, Plaintiff was required pursuant to Fed. R. Civ. P. 59(e) to file a motion to alter or amend a judgment within ten days of entry of the court's order granting the motion to dismiss. The court is without jurisdiction to reopen Plaintiff's case over eighteen years since entry of the court's February 9, 2001 order. Moreover, Plaintiff provides no evidence that she exhausted her administrative remedies, such that a "final

decision" of the Commissioner was issued. Plaintiff's motion to reopen her case (ECF No. 23) is **denied**.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Senior United States District Judge

September 17, 2019

Columbia, South Carolina